

-FILED-

AUG 05 2021

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

Arron Donaldson

vs

(Full name of defendant(s))

Officer Edmonds Confinement officer
of Allen County Sheriff's office
And ~~Allen County Sheriff's office~~
Officer Fri of Allen county Sheriff's

Case Number: 1:21CV295

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of _Illinois_, and is located at
   (State)
   Newcastle Correctional Facility 1000 Vannuys RD PO Box A Newcastle Indiana 47362
   (Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _Officer Edmonds and Allen County Sheriff's office_
   (Name)

Complaint - 1

is (if a person or private corporation) a citizen of __Indiana_____
                                                    (State, if known)
and (if a person) resides at _____
                                                    (Address, if known)
and (if the defendant harmed you while doing the defendant's job)
worked for __Allen County Sheriff's Office  715 S Calhoun St Ft Wayne IN 46802__
                                     (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.   STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Officer Edmonds of Allen County Sheriff's office on or around 4/03/20 served me (Aaron Donaldson) a lunch tray of food with feces while I was on an interview with PSI investigator Lindsi L Ritchie at Allen County jail. While at Allen County jail I was placed in segratron overflow/medical wing of Allen County jail and later moved to K block on the segreation wing. In the month of Aprial I was placed in a cell by myself because of the 2 man Rule for my disciphnary

action. While on K block I was approached by an inmate for sex and Officer Fri facilitated the incounter by letting me out of the cell when I was seperated from other inmates and had the day room to myself. After I would lock up the other inmates on the Block would have day room. I was harassed because I would not comply with sex from that inmate my food would be tampered with and my stomic would ~~hurt~~. I would get indirect ~~comments~~ comments and threats about my food having ~~insertion~~ insulation and other things in it. The block has camers. I would see this inmate petition the guard (officer Fri) on several occasions to let me out for sex. While At Newcastle Correctional facility I was informed I have Hep C. I was experiencing symptoms of Hep C 2 weeks after I had eaten the tray. Their are camers in the interview room and in the hall where Officer Edmonds is. My ~~8th~~ 14th amendment rights were violeted ~~deliberate indifference~~, ~~conspiracy to harassment~~ and equal protection

Complaint - 3

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR
☑ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $70,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I am seeking compensatory and punitive damages damages and I would like an outside doctor to give me an STD/HIV test to see if I have something other than the diseses given me and if possible I would like to file criminal charges.

Complaint - 4

E.  JURY DEMAND

☑ Jury Demand – I want a jury to hear my case
        OR

☐ Court Trial – I want a judge to hear my case

Dated this __7__ day of __Aug__ 20_21_.

Respectfully Submitted,

_Aaron Bualdon_
Signature of Plaintiff

_281767_
Plaintiff's Prisoner ID Number

Geo Group Inc
Newcastle Correctional Facility
1000 Van Nuys Rd PO Box A
Newcastle Indiana 47362

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.