UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| AARON DONALDSON, | |
| Plaintiff, | |
| v. | CAUSE NO. 1:21-CV-295-DRL-SLC |
| EDMONDS, et al., | |
| Defendants. | |

## ORDER

Aaron Donaldson, a prisoner without a lawyer, was granted until February 7, 2022, to resolve his filing fee status. ECF 11. He was cautioned that if he failed to respond by the deadline, this case would be dismissed without further notice. To date, Mr. Donaldson has not responded. It appears he has abandoned this case.

For these reasons, this case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED.

February 24, 2022    *s/ Damon R. Leichty*
                    Judge, United States District Court