AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

AARON DONALDSON

      Plaintiff

      v.                                      Civil Action No. 1:21-cv-295

EDMONDS, *Officer, Confinment Officer of Allen County Sheriff's Office*;
FRI, *Officer, Allen County Sheriff's Office*;
ALLEN COUNTY SHERIFF'S OFFICE

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the
Defendant(s)_____ damages in the
amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant
recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE._____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by  Judge Damon R. Leichty.

DATE:  02/24/2022_____         GARY T. BELL, CLERK OF COURT

                                      by_____s/J. Barboza_____
                                           *Signature of Clerk or Deputy Clerk*